UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Osahenrumwen Ojo

        v.　　　　　　　　　　　Case No. 12-cv-204-SM

Hillsborough County Department
of Corrections, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated September 25, 2012, for the reasons set forth therein.   The section 1983 claim asserted against the Hillsborough County Department of Corrections is hereby dismissed.    All other remaining claims are going forward.

" '[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"   School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));   see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

      SO ORDERED.

October 2, 2012

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

cc: Osahenrumwen Ojo, pro se