UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Osahenrumwen Ojo

    v.                                  Civil No. 12-cv-204-SM

Sergeant Kristin Balles, et al.


O R D E R


On November 27, 2012, a preliminary pretrial conference was held in this case. Plaintiff appeared on his own behalf and Attorney John A. Curran appeared for defendants.

The court approves the Defendants' Proposed Discovery Plan (document no. 17) with minor amendments. The key components and deadlines in the discovery order are summarized in the chart below. The parties concurred with respect to each of the following components and deadlines.

| Scheduling Designation | Deadline |
|---|---|
| **Track Assignment** | Standard - 12 mos. |
| **Interrogatories** | A maximum of 25 interrogatories by each party to any other party. |
| **Requests for Admission** | A maximum of 15 requests by each party to any other party. |
| **Depositions** | A maximum number of 4 depositions by plaintiff and 2 by each defendant. |
| **Joinder of Additional Parties** | Plaintiff: January 15, 2013<br>Defendants: March 1, 2013 |

| **Amendment of Pleadings** | Plaintiff: January 15, 2013<br>Defendant: March 1, 2013 |
|---|---|
| **Third-Party Actions** | March 1, 2013 |
| **Motions to Dismiss** | March 1, 2013 |
| **Experts and Experts' Written Reports** | Plaintiff: June 12, 2013<br>Defendants: August 21, 2013 |
| **Joint Statement re Mediation** | August 15, 2013 |
| **Experts and Experts' Supplementation under Rule 26(a)** | Plaintiff: September 19, 2013<br>Defendants: October 16, 2013 |
| **Motions for Summary Judgment** | September 15, 2013 |
| **Challenges to Expert Testimony** | November 1, 2013 |
| **Completion of Discovery** | December 15, 2013 |
| **Trial Date** | Two-week period beginning February 19, 2014 |

In light of plaintiff's agreement to withdraw his "request for admission" (doc. no. 15-1), the court denies as moot defendants' motion to strike (doc. no. 15) that discovery request.

_____
Landya B. McCafferty
United States Magistrate Judge

November 28, 2012

cc:  Osahenrumwen Ojo, pro se
     John A. Curran, Esq.